```
_____ FILED   _____ LODGED
         _____ RECEIVED

         Mar 29 2022

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-mj-05045 |
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | Title 18, United States Code, Sections 2251(a) and 2251(e) |
| KALEB MICHAEL SCOTT, | |
| Defendant. | |

BEFORE, Theresa L. Fricke, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Production of Child Pornography)

Between on or about December 2020 and on or about May 2021, in Clark County, within the Western District of Washington, KALEB MICHAEL SCOTT knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct, and attempted to do so, for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign

Complaint- 1
*United States v. Kaleb Michael Scott* / MJ22-

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

commerce and in and affecting interstate and foreign commerce and mailed, such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

And the complainant states that this Complaint is based on the following information:

## I. INTRODUCTION

2. I, Chadd Nolan, am a Task Force Officer (TFO) with the United States Department of Homeland Security, Homeland Security Investigations (HSI), in Portland, Oregon. HSI is responsible for enforcing the customs laws, immigration laws, and federal criminal statutes of the United States. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and I am authorized by law to conduct investigations and to make arrests for felony offenses. I am also a Detective with the Vancouver Police Department (VPD), where I am assigned to the Digital Evidence Cybercrime Unit (DECU).

3. I have been a law enforcement officer for 13 years and was commissioned in 2019 as a TFO for Homeland Security Investigations. I have been involved in investigations of child exploitation and pornography for the past 4.5 years. My duties include the enforcement of federal criminal statutes prohibiting the sexual exploitation of children, including Title 18, United States Code, Sections 2251 through 2259, the Sexual Exploitation of Children Act (SECA), and Title 18, United States Code. I have participated in the execution of search warrants involving child exploitation and/or child pornography offenses, and the search and seizure of computers and other digital devices.

Complaint- 2
*United States v. Kaleb Michael Scott* / MJ22-

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

My agency is an affiliate member of the Seattle Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington. I work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probably cause and does not contain all details or all facts of which I am aware relating to this investigation.

## II.   FACTS ESTABLISHING PROBABLE CAUSE

5. In September 2021, the National Center for Missing and Exploited Children (NCMEC) notified law enforcement of suspected possession, manufacture, and distribution of child pornography using the application Snapchat. The triggering incident occurred on April 2, 2021 when a Snapchat user uploaded child pornography, that was viewed and verified by Snapchat. Snapchat is an online platform and application for sharing images and digital content. Snapchat headquarters are located in Santa Monica, California. Snapchat users exist all over the world and can access the application from any location. Through investigation, subpoenas, and warrants, law enforcement discovered multiple chats between an identified user and others discussing child pornography and sharing of child pornography images. On October 1, 2021, Detectives from the Easton, Maryland Police Department contacted Vancouver, Washington Police to notify them of an individual suspected of producing child pornography in the Vancouver area.

6. The end-user suspected of uploading the images was "oblivionknigh19," identified by search warrants and through IP addresses as KALEB MICHAEL SCOTT from Vancouver, Washington. SCOTT, a 23-year-old male, exchanged messages and

Complaint- 3
*United States v. Kaleb Michael Scott* / MJ22-

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

child pornography images over Snapchat. In Snapchat chats, SCOTT discussed his abuse of Minor Victim (MV), explaining acts he performed.  SCOTT sent child sexual abuse material and child pornography images of MV over Snapchat (discussed below).

7. Agents discovered that SCOTT had moved to the Vancouver area in 2018 to live with relatives but moved to Utah in August 2021. During an interview with SCOTT'S relative, they disclosed that they still possessed the old phone SCOTT while living with them in Vancouver. SCOTT left the phone with them as payment for money he owed them for outstanding expenses, and never requested the phone to be returned. The relative consented to a search of the phone.

8. A digital forensic analysis of SCOTT's Samsung Galaxy phone found 34 images of sexual abuse of an infant male located in application caches and the android gallery. The files were created between 12/25/2020 and 07/26/2021, which would be near to the time the images were taken. Two of the images were visually identical to those originally identified in the Snapchat notification involving MV.  MV's parents confirmed identity of MV through clothing and items depicted in the images, which agents seized.

9. I reviewed the images and confirmed that they contained sexual abuse of MV.  A description of two images of MV are as follows:

**Image 1**- This image is taken from the point of view of the abuser. It shows MV's face and SCOTT's exposed penis. SCOTT has MV grabbing SCOTT's exposed penis. This image is dated with the creation date of 03/04/21.

**Image 2** – This is one of a series of images dated 04/09/2021 showing SCOTT engaging in sexually conduct with MV. Image 2 shows SCOTT inserting his penis into the buttock of MV as MV is laying on his stomach and hunched over.

10. In November 2021, during a recorded, post-Miranda interview, SCOTT admitted to abusing MV1 and taking the photos. SCOTT also admitted to sending the photos to the original target through Snapchat.

Complaint- 4
*United States v. Kaleb Michael Scott* / MJ22-

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

11. The analysis of SCOTT's phone also revealed relevant Google searches for child pornography terms. The phone contained photos of pay stubs from SCOTT and other indicia of SCOTT's ownership and control over the phone.

12. In December 2021, Google produced documents pursuant to a warrant the email linked to SCOTT's email of rickrob49@gmail.com. According to investigators who analyzed the Google responsive data, images visually similar to the above-described images were located in SCOTT's "Google Photo Resource".

13. I know from my training and experience that Samsung does not manufacture phones entirely within Washington State.

### III. CONCLUSION

Based on the above facts, I respectfully submit that there is probable cause to believe that KALEB MICHAEL SCOTT did knowingly and intentionally produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

Chadd Nolan, Complainant
Task Force Officer,
Department of Homeland Security
Homeland Security Investigations

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 29th day of March, 2022.

THERESA L. FRICKE
United States Magistrate Judge

Complaint- 5
*United States v. Kaleb Michael Scott* / MJ22-

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800